

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00417-CR

| | | |
|---|---|---|
| Trey Ethan Boone | § | From the 355th District Court |
| | § | of Hood County (CR12670) |
| v. | § | July 28, 2016 |
| | § | Opinion by Justice Gabriel |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to delete the $1,500 fine and $74 in restitution, which must also be removed from the order to withdraw funds from Trey Ethan Boone's inmate trust account. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel